1  Yasha Bronshteyn, Esq.
   Ginzburg & Bronshteyn, LLP
2  11111 Santa Monica Boulevard, Suite 1840
   Los Angeles, CA 90025
3  Tel. (310)914-3222
   Fax (310)914-4242
4  SBN: 210248

5  Julie Cohen Lonstein, Esq.
   Lonstein Law Office, P.C.
6  1 Terrace Hill, P.O. Box 351
   Ellenville, NY 12428
7  Tel. (845) 647-8500
   Fax (845) 647-6277

8

9              UNITED STATES DISTRICT COURT FOR THE
               CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
   ----------------------------------------------------------------
11 **J & J SPORTS PRODUCTIONS, INC.,**
   as Broadcast Licensee of the **July 26, 2008**
12 **Cotto/Margarito** Program,                    **NOTICE OF LODGING SETTLEMENT**

13               Plaintiff,              Civil Action No. 08-CV-7917 WDK(FMOx)

14    -against-

15 BLANCA   AIDA   LINARES   and   PEDRO
   CERVANTES LINARES, Individually and d/b/a
16 LA COCINA RESTAURANT a/k/a LA COCINA
   RESTAURANTE a/k/a LA COCINA, and LA
17 COCINA  RESTAURANT  a/k/a  LA  COCINA
   RESTAURANTE a/k/a LA COCINA,
18
                Defendants.
19 ----------------------------------------------------------------

20
   PLEASE TAKE NOTICE THAT Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** (hereinafter
21
   "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing
22
   action as against the defendant and no party named herein being an infant or incompetent, Plaintiff
23
   herewith notifies the Court of the settlement of this action with prejudice.
24
        This is based upon a settlement made between Plaintiff and the above referenced specific
25
   Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed
26
   **November 15, 2009.** The Clerk's Office, in its discretion, is authorized to administratively close this

1    case due to this settlement.  However, the Plaintiff specifically reserves the right, in the event of any

2    non-payment, to reopen and reinstate its claim against Defendant.  Alternatively, upon completion

3    of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to

4    Rule 41 of the Federal Rules of Civil Procedure.

5    Dated:   October 20, 2009
              Ellenville, New York

6
                                    **J & J SPORTS PRODUCTIONS, INC.**

7
                                    BY: /s/   Julie Cohen Lonstein
8                                   JULIE COHEN LONSTEIN
                                    LONSTEIN LAW OFFICE, P.C.
9                                   Attorneys for Plaintiff
                                    1 Terrace Hill, P.O. Box 351
10                                  Ellenville, NY 12428
                                    Email: Info@signallaw.com
11                                  Tel. (845) 647-8500
                                    Fax (845) 647-6277

12

13

14                                  BY: /s/ Yasha Bronshteyn
                                    YASHA BRONSHTEYN
15                                  Bar Roll No. 210248
                                    GINZBURG & BRONSHTEYN, LLP
16                                  Resident Counsel for Plaintiff
                                    11111 Santa Monica Blvd
17                                  Ste 1840
                                    Los Angeles, CA 90025
18                                  Tel. (310)914-3222
                                    Fax (310)914-4242

19
                                    By:/s/ Mike Montes, Jr.
20                                  Mike Montes, Jr., Esq.
                                    Montes & Associates
21                                  11350 East Valley Blvd., Suite 100
                                    El Monte, CA 91731
22                                  Tel:  (626)443-3001
                                    Fax:  (626)443-3085

23

24

25

26